**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DOUBLEDAY ACQUISITIONS LLC d/b/a | ) | |
| CSAFE GLOBAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:21-cv-03749-SCJ |
| | ) | |
| ENVIROTAINER AB, and | ) | |
| ENVIROTAINER INC. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO STAY

Defendants Envirotainer AB and Envirotainer Inc. ("Envirotainer") respectfully move for a one-week extension of the deadline to file a Reply in support of their Motion to Stay. The parties conferred and Plaintiff CSafe Global ("CSafe") does not oppose this motion.

Envirotainer seeks a one-week extension of the current reply deadline to February 25, 2022, so that Envirotainer may consider and address CSafe's Supplemental Brief in Opposition to Defendants' Motion to Stay Litigation Pending Inter Partes Review, which was filed earlier today (Dkt. 37).

/s/ Wesley C. Achey
Wesley C. Achey
Georgia Bar No. 141284
Matthew W. Howell
Georgia Bar No. 607080
Thomas F. Finch
Georgia Bar No. 637008
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree St., Suite 4900
Atlanta, GA 30309-3424
Phone:   404.881.7000
Fax:      404.881.7777
wes.achey@alston.com
matthew.howell@alston.com
thomas.finch@alston.com

Andrew J. Ligotti (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Phone: 212.210.9400
Fax: 212.210.9444
andy.ligotti@alston.com

***Attorneys for Defendant***
***Envirotainer AB, and Envirotainer Inc.***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DOUBLEDAY ACQUISITIONS LLC d/b/a ) | |
| CSAFE GLOBAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-cv-03749-SCJ |
| ) | |
| ENVIROTAINER AB, and ) | |
| ENVIROTAINER INC. ) | |
| ) | |
| Defendants. ) | |

**LOCAL RULE 7.1(D)**
**CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and

point selections approved by the Court in Local Rule 5.1(C), Northern District of

Georgia, specifically Times New Roman 14 point.

/s/ Wesley C. Achey
Wesley C. Achey
Georgia Bar No. 141284
ALSTON & BIRD LLP

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **UNOPPOSED**

**MOTION TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO**

**STAY** with the Clerk of Court using the CM/ECF filing system, which will

automatically send e-mail notification of such filing to all counsel of record.


 Dated: February 16, 2022                    Respectfully submitted,


                                             */s/ Wesley C. Achey*
                                             Wesley C. Achey
                                             Georgia Bar No. 141284
                                             Matthew W. Howell
                                             Georgia Bar No. 607080
                                             Thomas F. Finch
                                             Georgia Bar No. 637008
                                             ALSTON & BIRD LLP
                                             One Atlantic Center
                                             1201 W. Peachtree St., Suite 4900
                                             Atlanta, GA 30309-3424
                                             Phone:   404.881.7000
                                             Fax:     404.881.7777
                                             wes.achey@alston.com
                                             matthew.howell@alston.com
                                             thomas.finch@alston.com

Andrew J. Ligotti (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Phone: 212.210.9400
Fax: 212.210.9444
andy.ligotti@alston.com

***Attorneys for Defendant
Envirotainer AB, and Envirotainer Inc.***