# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DOUBLEDAY ACQUISITIONS LLC d/b/a CSAFE GLOBAL, <br><br> Plaintiff, <br><br> v. <br><br> ENVIROTAINER AB, and ENVIROTAINER INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case 1:21-cv-03749-SCJ |

## PLAINTIFF'S EMERGENCY MOTION TO DISREGARD ENVIROTAINER'S RESPONSE IN OPPOSITION TO CSAFE'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Doubleday Acquisitions LLC d/b/a CSafe Global ("CSafe") respectfully moves the Court to disregard the Response in Opposition to CSafe's Motion for Preliminary Injunction ("Response Brief") filed by Defendants Envirotainer AB and Envirotainer Inc. (together, "Envirotainer") [Nos. 52 and 55-2]. CSafe seeks this relief in response to Envirotainer's violation of the Court's March 24, 2022 Docket Order, which limited Envirotainer's Response Brief to 35 pages, and Envirotainer's violation of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, which require that briefs "be double-spaced between lines" (LR 5.1(C)(2) NDGa.), and that Times New Roman font be 14 point. (LR 5.1(C) NDGa.) Rather than comply with

these requirements, Envirotainer condensed 44 pages of actual text onto 35 pages by using what appears to be approximately 1.74-spacing between lines, and using what appears to be slightly less than a 14 point font and/or artificially condensed spacing within lines of text.

In support of its Emergency Motion, CSafe relies on its Brief in Support of Plaintiff's Emergency Motion to Disregard Envirotainer's Response in Opposition to CSafe's Motion for Preliminary Injunction, with exhibits which is being filed contemporaneously herewith.

CSafe respectfully requests that briefing and resolution of this Emergency Motion be expedited for the following reasons:  CSafe's forthcoming Reply Brief in response to Envirotainer's Response Brief is currently due on April 22, 2022 [No. 49]. Because the Emergency Motion requests that the Court disregard the Response Brief, or require that it be revised and resubmitted, resolution of the Emergency Motion will significantly impact the arguments that need to be addressed in CSafe's Reply Brief, or it may obviate the need for a reply brief entirely. Adding to the urgency of the matter is the fact that a hearing on the underlying Motion for Preliminary Injunction [No. 41] is scheduled for May 13, 2022. Thus, CSafe respectfully requests that the Court order expedited briefing on this Emergency Motion, and that CSafe be given 21 days following the Court's

ruling on the Emergency Motion within which to prepare and file its Reply Brief in support of its Motion for Preliminary Injunction.

WHEREFORE, Plaintiff CSafe respectfully requests that the Court disregard Envirotainer's Response Brief in its entirety. In the alternative, CSafe respectfully requests that the Court require Envirotainer to file a corrected brief that complies with the Local Rules; that the Court rescind its March 24, 2022 Docket Order and require Envirotainer to limit its corrected brief to 25 pages, consistent with Local Rule 7.1(D) and consistent with the length of CSafe's brief in support of its Motion for Preliminary Injunction [No. 41-1]; and that the Court allow CSafe 21 days thereafter to file is Reply Brief, consistent with the Court's March 15, 2022 Order Granting Joint Motion to Enter Docket Control Order [No. 49].

Dated: April 8, 2022

Respectfully submitted,

*/s/ Henry R. Chalmers*
Henry R. Chalmers
Georgia Bar No. 118715
T. Chase Ogletree
Georgia Bar No. 579860
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Phone: 404.873.8646
henry.chalmers@agg.com
chase.ogletree@agg.com

Robert E. Counihan (*pro hac vice*)
Kevin McGann (*pro hac vice*)
Silvia M. Medina (*pro hac vice*)
Kara Czekai (*pro hac vice*)
FENWICK & WEST
902 Broadway, Suite 14
New York, NY 1010
Phone: 212.430.2600
Fax: 650.938.5200
rcounihan@fenwick.com
kmcgann@fenwick.com
silvia.medina@fenwick.com
kczekai@fenwick.com

*Attorneys for Plaintiff Doubleday Acquisitions LLC d/b/a CSafe Global*

## CERTIFICATE OF SERVICE

On April 8, 2022, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to all registered participants.

By: */s/ Henry R. Chalmers*
Henry R. Chalmers
Georgia Bar No. 118715
ARNALL GOLDEN GREGORY LLP