# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DOUBLEDAY ACQUISITIONS LLC d/b/a CSAFE GLOBAL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case 1:21-cv-03749-SCJ ) |
| ENVIROTAINER AB, and ENVIROTAINER INC. | ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION FOR TRANSCRIPT REDACTION

Plaintiff DoubleDay Acquisitions LLC ("CSafe") and Defendants Envirotainer AB and Envirotainer Inc. (collectively "Envirotainer") jointly move the court for additional redaction of the Transcript of Proceedings held on 5/13/2022, before Judge Steve C. Jones (Dkt. 91), above and beyond those categories of personal identifiers listed by the Judicial Conference in its policy on the electronic availability of transcripts.[1]

The Transcript contains confidential information concerning the parties' technical schematics and product designs, design process and strategy, and

---

[1] https://www.gand.uscourts.gov/transcript-availability

competitive information regarding pricing, costs, revenue, and market conditions. Public disclosure of this information will prejudice the parties.

The parties are jointly working to prepare a redacted transcript in advance of the Court's June 23, 2022 redacted transcript deadline (Dkt. 91). Should the court grant this motion, the parties will jointly submit a minimally redacted transcript for the Court's consideration at that time.

Respectfully submitted, June 13, 2022:

| | |
|---|---|
| */s/ Henry R. Chalmers* | */s/ Wesley C. Achey* |
| Henry R. Chalmers | Wesley C. Achey |
| Georgia Bar No. 118715 | Georgia Bar No. 141284 |
| ARNALL GOLDENT GREGORY LLP | Matthew W. Howell |
| 171 17th Street NW, Suite 2100 | Georgia Bar No. 607080 |
| Atlanta, GA 30363 | Siraj M. Abhyankar |
| Phone: 404.873.8646 | Georgia Bar No. 484680 |
| Fax: 404.873.8647 | Thomas F. Finch |
| henry.chalmers@agg.com | Georgia Bar No. 637008 |
| | ALSTON & BIRD LLP |
| Robert E. Counihan (*pro hac vice*) | One Atlantic Center |
| Kevin X. McGann (*pro hac vice*) | 1201 W. Peachtree St., Suite 4900 |
| Silvia M. Medina (*pro hac vice*) | Atlanta, GA 30309-3424 |
| FENWICK & WEST LLP | Phone:   404.881.7000 |
| 902 Broadway, Suite 14 | Fax:       404.881.7777 |
| New York, NY 10010 | wes.achey@alston.com |
| Phone: 212.430.2600 | matthew.howell@alston.com |
| Fax: 650.938.5200 | thomas.finch@alston.com |
| rcounihan@fenwick.com | |
| kmcgann@fenwick.com | Andrew J. Ligotti (*pro hac vice*) |
| silvia.medina@fenwick.com | ALSTON & BIRD LLP |
| | 90 Park Avenue, 15th Floor |
| ***Attorneys for Plaintiff*** | New York, NY 10016 |
| ***Doubleday Acquisitions LLC*** | Phone:   212.210.9400 |
| ***d/b/a CSafe Global*** | Fax:       212.210.9444 |
| | andy.ligotti@alston.com |
| | |
| | ***Attorneys for Defendant*** |
| | ***Envirotainer AB, and*** |
| | ***Envirotainer Inc.*** |

3

## LOCAL RULE 7.1(D)
## CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

Dated: June 13, 2022                    */s/ Wesley C. Achey*
                                        Wesley C. Achey
                                        Georgia Bar No. 141284
                                        ALSTON & BIRD LLP


## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **JOINT MOTION FOR TRANSCRIPT REDACTION** with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated: June 13, 2022                    */s/ Wesley C. Achey*
                                        Wesley C. Achey
                                        Georgia Bar No. 141284
                                        ALSTON & BIRD LLP