# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000

June 13, 2022

Honorable Judge Steve C. Jones
Courtroom 1907
1967 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re:   *Doubleday Acquisitions LLC, d/b/a CSafe Global v. Envirotainer AB*,
   Case No. 1:21-cv-03749-SCJ (N.D. Ga.) – Status Report Pursuant to June 3 Order

Dear Judge Jones,

This status report from Envirotainer is submitted in accordance with Your Honor's June 3, 2022, Order Granting Envirotainer's Motion to Stay Litigation Pending *Inter Partes* Review. Dkt. No. 94.

On June 8, 2022, the Patent Trial and Appeal Board instituted IPR in both of Envirotainer's initial petitions against the patents-in-suit (IPR2022-00292 and IPR2022-00293).[1] The Board found that there is a reasonable likelihood that Envirotainer will show at least one of the challenged claims is unpatentable. Both IPRs were instituted on all challenged claims and on all asserted grounds.[2]

In its Order denying CSafe's motion for preliminary injunction, this Court found that "Defendants have raised a substantial question concerning the validity of the Patents-in-Suit" and that "the instances of prior art that Defendants identify create significant validity concerns." Dkt. No. 93 at 20. The Board's institution decisions are aligned with the Court's view that "substantial questions as to validity" exist for the Patents-in-Suit. *Id*. at 21.

Trial before the Board in the instituted IPRs is scheduled for March 7, 2023, with Final Written Decisions anticipated by around June 8, 2023. A Final Written Decision would then be subject to appeal to the Federal Circuit. Copies of the institution decisions in each proceeding and the joint scheduling order are attached to this letter as Exhibits 1-3.

---

[1] As the Court is aware, Envirotainer filed four IPRs challenging the two patents involved in this litigation. The initial two have now been instituted by the Board as noted above. Envirotainer filed the second set of IPRs in April 2022 (IPR2022-00851 and IPR2022-00864). Those IPRs remain pending and institution decisions are expected by around November 2022.

[2] Envirotainer challenged claims 1, 2, 7-11, 30, and 31 of the '511 Patent and claims 19-21, 23, 26-31, 33, 35-37, and 41 of the '855 Patent on five separate grounds.

Alston & Bird LLP                                                                                                                                                  www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

June 13, 2022
Page 2

Because the IPRs were instituted, consistent with the Court's expressed skepticism of CSafe's patents' validity, Envirotainer does not believe that further briefing is needed to ensure that the Court's existing stay remains in place until conclusion of the now-instituted IPRs.[3] Pursuant to the Court's June 3 Order, Envirotainer will provide a status update within 5 days of the Board's Final Written Decisions in IPR2022-00292 and IPR2022-00293, as well as its institution decisions in IPR2022-00851 and IPR2022-00864.

Respectfully Submitted,

  */s/ Wesley C. Achey*

Wesley Cameron Achey
Georgia Bar No. 141284
ALSTON & BIRD LLP

---

[3] Of course, should the Court prefer the parties to again brief the stay issue in view of the institution decision, Envirotainer will do so.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated: June 13, 2022                  */s/ Wesley C. Achey*
                                                Wesley C. Achey
                                                Georgia Bar No. 141284
                                                ALSTON & BIRD LLP